INSD Pro Se Employment Discrimination Complaint 12/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
JAN 0 4 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Jaimu Krystly Bishop
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Volunteers of America
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

1:23-cv-0016 JMS-TAB

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## I. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jaimu Kristlii Bishop
Street Address: 3030 Clifton St.
City and County: Indianapolis
State and Zip Code: IN 46208
Telephone Number: 317-246-8214
E-mail Address: Jaimulowll@yahoo.com

Page 2 of 7

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Kristlia Smith
- Job or Title *(if known)*: Billing Specialist
- Street Address: 927 Pennsylvania St, Indpls, IN 46204
- City and County: Indianapolis, IN 46204
- State and Zip Code:
- Telephone Number: 317-686-5600
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Lakisha Lowe
- Job or Title *(if known)*: HR Associate
- Street Address: 927 Pennsylvania St
- City and County: Indianapolis, IN 46204
- State and Zip Code:
- Telephone Number: 317-686-5600
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Cindy Burks
- Job or Title *(if known)*: Supervisor
- Street Address: 927 N. Pennsylvania
- City and County: Indianapolis, IN 46204
- State and Zip Code: 46204
- Telephone Number: 317-686-5600
- E-mail Address *(if known)*:

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Volunteers of America (VOA) |
| Street Address | 927 N. Pennsylvania St. |
| City and County | Indianapolis, IN 46204 |
| State and Zip Code | |
| Telephone Number | 317-686-5600 |

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: Bullying, Harassment, Defamation of Character, Accusing Me of Being Bipolar

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

**B.**    It is my best recollection that the alleged discriminatory acts occurred on date(s) January 13th 2022

**C.**    I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**D.** Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — Black Stud in Video
- [x] color gender/sex — Sexual Orientation/False
- [x] religion — Funding Invite to Prayer
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* — Being made fun of and bullied due to disability

**E.** The facts of my case are as follows. Attach additional pages if needed.

I believe I was discriminated against based on my disability, my race, false accusation of my sexuality per EEOC and bullied by staff and constantly harassed. This occurred during the beginning my 1st week of employment during my orientation while being introduced to about 15 other employees in a video. I had I went into a seizure and became unresponsive while foaming at the mouth and unable to help myself and everyone watched this situation go on. I'm unsure how long this all took place in my being. This was before 911 was ever called. A few months later I received a disturbing email from someone who at the time I was unaware of her position because she is in the billing dept. and I do Prior Auths. she emailed a video of a black female stud and a white baby with the baby babbling and the stud was instructing the baby as if I were. I'm unsure to understand what to do as if the baby could perform of her instructions etc. It was very offensive. Prior to this she had started emailing everyday before my shift began demanding things from me what she had no authority over. I immediately sent HR an email and asked was this directed towards me due to the fact I just had a seizure and was the most recent new employee.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## IV. Exhaustion of Federal Administrative Remedies

**A.** It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* 4/1/2022

**B.** The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 10.6.2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**C.** Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☑ 60 days or more have not elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to be compensated. I have been threatened, harassed, defamation of character, and telling others I was gay per Brianna McDonald stated. (investigate)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 4/19 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-4-2023

Signature of Plaintiff: *[signed] Jainu K. Bishop*

Printed Name of Plaintiff: Jainu Krystu Bishop

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Jaime Bishop<br>3630 Clifton St<br>Indianapolis, IN 46208 | From: | Indianapolis District Office<br>101 West Ohio St., Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24F-2022-00716 | Jeremy Sells,<br>State, Local & Tribal Coordinator | (463) 999-1161 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the filing date.

    The EEOC is terminating its processing of this charge.

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

                                                              On behalf of the Commission

                                                              Digitally Signed By: Michelle Eisele  10/06/2022

Enclosures(s)                                        **Michelle Eisele**
                                               **District Director**

cc:

      **Robert Gilmore**
      **Kohrman Jackson & Krantz**
      **1375 E 9th St., 29th Floor**
      **Cleveland, OH 44114**