UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAIME KRYSTLE BISHOP, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | No. 1:23-cv-00016-JMS-TAB |
| ) | |
| VOLUNTEERS OF AMERICA, KRISTIE SMITH, ) | |
| LAKISHA LOWE, and CINDY BURKS, ) | |
| ) | |
| *Defendants*. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 3/29/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to:**

Jaime Krystle Bishop
3630 Clifton Street
Indianapolis, IN 46208

1